IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-03827 |
| | ) | CHAPTER 7 |
| KEVIN A. HAMANN, | ) | |
| Debtor(s). | ) | JUDGE PAMELA HOLLIS |
| | ) | (Joliet) |

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

To:   See Attached Service List

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Notice upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 1st day of November, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                    */s/ Peter N. Metrou*
                                    **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

**VIA First-Class Mail**

| | | |
|---|---|---|
| Ally Financial | Citizens One Auto Finance | Financial Plus Credit Union |
| PO Box 380902 | PO Box 7000 | 800 Chestnut St. |
| Bloomington, IL MN 55438 | Providence, IL 02940 | Ottawa, IL 61350 |
| | | |
| OSF Healthcare | OSF Medical Group | Personal Finance Co. LLC |
| 7978 Solution Center | PO Box 91011 | 5 Northpoint Plaza |
| Chicago, IL 60677 | Chicago, IL 60680 | Streator, IL 61364 |
| | | |
| Ralph Hamann | Kevin A. Hamann | |
| 2104 Mary Lane | 2104 Mary Lane | |
| Ottawa, IL 61350 | Ottawa, IL 61350 | |

**VIA ECF**

| | | |
|---|---|---|
| Patrick S. Layng | Marilyn Barton, ESQ | US Bankruptcy Court |
| Office of the US Trustee | 1606 Champlain St. | Eastern Division |
| 219 S. Dearborn St. | Ottawa, IL 61350 | 219 S. Dearborn Street |
| Room 873 | | Chicago, IL 60604 |
| Chicago, IL 60604 | | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § §

KEVIN A HAMANN § Case No. 16-03827
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            219 S. Dearborn Street
            Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/08/2017 in Courtroom ,
            Joliet City Hall
            150 West Jefferson Street, 2nd Floor
            Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/02/2017          By: /s/ Peter N. Metrou
                                                             Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
KEVIN A HAMANN § Case No. 16-03827
§
Debtor §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,263.21 |
| and approved disbursements of | $ | 32.98 |
| leaving a balance on hand of[1] | $ | 5,230.23 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 1,276.32 | $ 0.00 | $ 1,276.32 |
| Trustee Expenses: Peter N. Metrou | $ 0.59 | $ 0.00 | $ 0.59 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,276.91 |
| Remaining Balance | $ 3,953.32 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 5,342.48 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 74.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FINANCIAL PLUS CREDIT UNION | $ 1,893.88 | $ 0.00 | $ 1,401.43 |
| 2 | PERSONAL FINANCE CO. LLC | $ 3,448.60 | $ 0.00 | $ 2,551.89 |
| | Total to be paid to tardy general unsecured creditors | | | $ 3,953.32 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.