UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
KEVIN A HAMANN § Case No. 16-03827
§
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 63,316.00<br>*(Without deducting any secured claims)* | Assets Exempt: 689.00 |
| Total Distributions to Claimants: 3,953.32 | Claims Discharged<br>Without Payment: 1,389.16 |
| Total Expenses of Administration: 1,309.89 | |

    3) Total gross receipts of $ 5,263.21 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,263.21 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,309.89 | 1,309.89 | 1,309.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 5,342.48 | 5,342.48 | 3,953.32 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 6,652.37 | $ 6,652.37 | $ 5,263.21 |

4) This case was originally filed under chapter 7 on 02/08/2016 . The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/28/2017        By: /s/Peter N. Metrou, Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance | 1290-000 | 5,263.21 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,263.21** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 1,276.32 | 1,276.32 | 1,276.32 |
| Peter N. Metrou | 2200-000 | NA | 0.59 | 0.59 | 0.59 |
| LTD. International Sureties | 2300-000 | NA | 2.98 | 2.98 | 2.98 |
| Associated Bank | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,309.89 | $ 1,309.89 | $ 1,309.89 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FINANCIAL PLUS CREDIT UNION | 7200-000 | NA | 1,893.88 | 1,893.88 | 1,401.43 |
| 2 | PERSONAL FINANCE CO. LLC | 7200-000 | NA | 3,448.60 | 3,448.60 | 2,551.89 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 5,342.48 | $ 5,342.48 | $ 3,953.32 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-03827 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | KEVIN A HAMANN | | | | Date Filed (f) or Converted (c): | 02/08/2016 (f) |
| | | | | | 341(a) Meeting Date: | 03/07/2016 |
| For Period Ending: | 12/28/2017 | | | | Claims Bar Date: | 05/04/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Inheritance (u) | 5,677.21 | 5,263.21 | | 5,263.21 | FA |
| 2. Dodge Challenger 2016 | 38,000.00 | 0.00 | | 0.00 | FA |
| 3. 2014 Ford Mustang | 14,600.00 | 0.00 | | 0.00 | FA |
| 4. Television, Microwave, Stereo, Couch, Recliner, End Table, L | 250.00 | 0.00 | | 0.00 | FA |
| 5. Ordinary Wearing Apparel | 75.00 | 0.00 | | 0.00 | FA |
| 6. Savings Account Bakelite Credit Union | 25.00 | 0.00 | | 0.00 | FA |
| 7. 401k | 7,405.00 | 7,405.00 | | 0.00 | FA |
| 8. Federal and State: Income Tax Refund | 3,236.00 | 3,236.00 | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)  $69,268.21  $15,904.21  $5,263.21  $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/20/2017 Case re-opened for small inheritance to be administered.  1/23/2107 Trustee Metrou re-appointed to case. Claims bar date to be set.

Initial Projected Date of Final Report (TFR): 09/01/2017    Current Projected Date of Final Report (TFR): 09/01/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

|  | | |
|---|---|---|
| Case No: | 16-03827 | |
| Case Name: | KEVIN A HAMANN | |
| Taxpayer ID No: | XX-XXX8601 | |
| For Period Ending: | 12/28/2017 | |

|  | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX5835 |
|  | Checking |
| Blanket Bond (per case limit): | $1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/30/17 | 1 | Kevin Hamann<br>709 Germaine Dr., Apt A<br>Ottawa, IL 61364 | Inheritance<br>Non-exempt portion of inheritance by Debtor from deceased parent. | 1290-000 | $5,263.21 | | $5,263.21 |
| 02/07/17 | 5001 | LTD. International Sureties<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | $2.98 | $5,260.23 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,250.23 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,240.23 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,230.23 |
| 12/11/17 | 5002 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $1,276.91 | $3,953.32 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($1,276.32) | 2100-000 | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($0.59) | 2200-000 | | |
| 12/11/17 | 5003 | FINANCIAL PLUS CREDIT UNION<br>800 Chestnut St<br>Ottawa, IL 61350 | Final distribution to claim 1 representing a payment of 74.00 % per court order. | 7200-000 | | $1,401.43 | $2,551.89 |
| 12/11/17 | 5004 | PERSONAL FINANCE CO. LLC<br>5 NORTHPOINT PLAZA<br>STREATOR, IL 61364 | Final distribution to claim 2 representing a payment of 74.00 % per court order. | 7200-000 | | $2,551.89 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $5,263.21 | $5,263.21 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,263.21 | $5,263.21 |
| Page Subtotals: | $5,263.21 | $5,263.21 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,263.21 | $5,263.21 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5835 - Checking | $5,263.21 | $5,263.21 | $0.00 |
|  | $5,263.21 | $5,263.21 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,263.21 |
| Total Gross Receipts: | $5,263.21 |